# EXHIBIT A



# Class Action

**Our firm has a long record of success representing plaintiffs in a substantial number of class action and mass tort cases in state and federal courts throughout the U.S. These cases include some of the most complicated litigation the courts have seen against some of the largest multinational companies. Through these cases, we defend the rights of clients harmed by defective products, pharmaceuticals, industry negligence or illegal practices.**

**Our attorneys have served as class counsel and as lead, co-lead and liaison counsel in landmark cases and national class actions involving AI copyright litigation, data breach, wage and hour violations, anti-competitive practices, illegal generic drug suppression and bid rigging, defective products and violations of the Telephone Consumer Protection act.**

- **In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2672 CRB** (N.D. California) (J. Breyer). Founding and Managing Member J. Gerard Stranch IV served on the plaintiffs' steering committee in a coordinated action consisting of nationwide cases of consumer and car dealerships. This action alleged that Volkswagen AG, Volkswagen Group of America and other defendants illegally installed so-called "defeat devices" in their vehicles, which allowed the cars to pass emissions testing but enabled them to emit nearly 40 times the allowable pollution during normal driving conditions. In October 2016, the court granted final approval to a settlement fund worth more than $10 billion to consumers with two-liter diesel engines, and in May 2017, the court granted final approval to a $1.2 billion settlement for consumers with three-liter diesel engines, and a $357 million settlement with co-defendant Bosch.

- **In re: Davidson v. Bridgestone/Firestone, Inc. and Ford Motor Co. No. 00-C2298** (Davidson Circuit, Tennessee) (Soloman/Brothers). The firm served as lead counsel in a nationwide class action against Bridgestone/Firestone, Inc. and Ford Motor Co. concerning defective tires. A settlement valued at $34.4 million was reached in conjunction with a companion case in Texas.

- **In re: Cox v. Shell Oil et al., Civ. No. 18844** (Weakley Chancery, Tennessee) (Judge Malon). The firm intervened in a consumer class action composed of all persons throughout the United States who owned or purchased defective polybutylene piping systems used in residential constructions or mobile homes. A global settlement was reached that was valued at $1 billion.

- **In re: Heilman et al. v. Perfection Corporation, et al., Civ. No. 99-0679-CD-W-6** (W.D. Missouri). The firm served on the executive committee in a nationwide consumer class action composed of all owners or purchasers of a defective hot water heater. A settlement was reached that provided 100% recovery of damages for a possible 14.2 million hot water heaters and any other property damages.

- **In re: Alpha Corp. Securities litigation.** Founding and Managing Member J. Gerard Stranch IV was appointed as co-lead counsel. The case resulted in a $161 million recovery for the class.

## ATTORNEYS IN THIS PRACTICE AREA

      

**Anne K. Davis**  **Darrius D. Dixon**  **Samuel W. Douthit**  **Elizabeth Fischer**  **Colleen Garvey**  **Anisha Guru**  **Hon. John (Jack) Garvey**

      

**Michael Iadevaia**  **Jooyoung Koo**  **Corey L. Kraushaar**  **Kyle C. Mallinak**  **Janna Maples**  **Nathan Martin**  **Miles McDowell**

      

**Andrew E. Mize**  **Gregory S. Mullens**  **Andrew Murray**  **John C. Roberts**  **Joshua Samra**  **Marty Schubert**  **Michael G. Stewart**

    

**J. Gerard Stranch IV**  **James G. Stranch III**  **Rebecca Stranch**  **Michael Tackett**  **Leslie E. Weaver**  **Grayson Wells**



# Privacy & Cybersecurity Litigation

**Security breach notification laws require entities to notify their customers or citizens when they have experienced a data breach and to take certain steps to deal with the situation. This gives these individuals the opportunity to mitigate personal risks resulting from the breach and minimize potential harm, such as fraud or identity theft. Currently, all 50 states, along with the District of Columbia and three U.S. territories, have adopted notification laws requiring notification when a breach has occurred.**

- **In re: Anthem, Inc. Data Breach Litig., MDL 2617 LHK** (N.D. California, 2016). The firm served as counsel for plaintiffs in a coordinated action consisting of nationwide cases of consumers harmed by the 2015 criminal hacking of servers of Anthem, Inc. containing more than 37.5 million records on approximately 79 million people receiving insurance and other coverage from Anthem's health plans. The case settled in 2017 for $115 million, the largest healthcare data breach in U.S. history, and has received final approval.

- **In re: MGM International Resorts Data Breach Litigation** (D. Nevada). Two separate data breaches by cybercriminals against MGM Resorts International (MGM) in 2019 and 2023 resulted in the exposure of private information of tens of millions of MGM guests. Following both incidents, multiple lawsuits were filed. In July 2024, plaintiffs in the lawsuits agreed to participate in joint mediation — In re: MGM International Resorts Data Breach Litigation. In October 2024, the plaintiffs filed a notice of settlement, notifying the court that all parties were able to resolve the cases. On. Jan. 22, 2025, Nevada District Judge Gloria M. Navarro issued an order granting plaintiffs' unopposed motion for preliminary approval of a $45 million class action settlement in the case. The final approval hearing is scheduled for June 18, 2025. J. Gerard Stranch, founding and managing member, served as a co-lead for the 2023 case leadership team.

- **Monegato v. Fertility Centers of Illinois, PLLC, Case No. 2022 CH 00810** (Cook County Circuit Court). The firm served as class counsel in a case brought on behalf of approximately 80,000 individuals whose personal information was involved in a February 2021 data breach. A settlement with a total estimated value of $14.5 million was negotiated. Final approval was granted by the Cook County, Illinois Circuit Court in April 2023.

- **In re: Evolve Bank & Trust Customer Data Security Breach Litigation, MDL 2:24-md-03127** (W.D. Tennessee) (J. Lipman). Serving as lead counsel for the class, SJ&G's Founding and Managing Member J. Gerard Stranch secured an $11.8 million settlement for the plaintiffs. This multidistrict litigation followed a data breach by cybercriminals against Evolve Bank & Trust that resulted in the theft of personal banking data of bank customers as well as Evolve fintechs' customers. Following the breach, multiple class action lawsuits were filed against the defendant and Evolve fintechs. The cases were consolidated in October 2024.

- **In re: CorrectCare Data Breach Litigation, 5:22-319-DCR** (E.D. Kentucky). J. Gerard Stranch, founding and managing member, served as class counsel in this class action lawsuit that resulted in a $6.49 million settlement, providing affected individuals up to $10,000 in reimbursement for documented losses related to the breach. The suit was the result of a 2022 data breach that exposed sensitive health data of more than 391,000 individuals.

- **In re: Owens, et al. v. U.S. Radiology Specialists, et al., Case No. 22 CVS 17797** (Mecklenburg, North Carolina, Supreme Court). The firm served as plaintiffs' counsel in action brought on behalf of approximately 1.3 million individuals whose sensitive, personal information was potentially compromised in defendants' December 2021 data security incident. Along with co-counsel, the firm negotiated a $5,050,000 non-reversionary common fund settlement including pro rata cash payments, reimbursement of up to $5,000 for out-of-pocket expenses traceable to the data breach per person, compensation for lost time and verified fraud reimbursement. Preliminary approval pending.

- **Weigand, et al. v. Group 1001 Insurance Holdings LLC, et al.,** 1:23-cv-01452 (S.D. Indiana). The firm helped achieve a $4.76 million settlement resulting from a February 2023 data breach allegedly caused by Group 1001 failing to provide reasonable cybersecurity practices.

- **McKenzie et al. v. Allconnect, Inc., 5:18-cv-00359** (E.D. Kentucky) (J. Hood). The firm served as class counsel in an action brought on behalf of more than 1,800 current and former employees of Allconnect, Inc., whose sensitive information contained in W-2 statements was disclosed to an unauthorized third party who sought the information through an email phishing scheme. The firm negotiated a settlement providing for direct cash payments to all class members, credit monitoring and identity theft protection plan at no cost, capped reimbursement of documented economic losses incurred per class member and other remedial measures. The approximately $2.2 million settlement value is one of the largest per capita recoveries in a W-2 phishing litigation.

- **Winsouth Credit Union v. Mapco Express Inc., and Phillips v. Mapco Express, Inc. Case Nos. 3:14-cv-1573 and 1710** (M.D. Tennessee) (J. Crenshaw). The firm served as liaison counsel in consumer and financial institution action stemming from the 2013 hacking of computer systems maintained by Mapco Express, Inc. The cases settled in 2017 for approximately $2 million.

- **Joyner v. Behavioral Health Network, Inc., No. 2017CV00629** (Massachusetts Supreme Court). A non-reversionary common fund of $1,200,000 was established to provide credit monitoring, and cover claims of economic loss up to $10,000 and non-economic loss up to $1,000 for lost time for each of the approximately 133,237 class members.

- **Larson v. Aditi Consulting, LLC, Case No. 22-2-03572-2 SEA** (King County, Washington, Supreme Court). Final approval was granted July 14, 2023.

- **Carr v. South Country Health Alliance, Case No. 74-CV-21-632** (Steele County, Minnesota District Court). Final approval was granted Nov. 6, 2023.

- **Reese v. Teen Challenge Training Center, Inc., Case No. 210400093** (Philadelphia County, Pennsylvania Court of Common Pleas). **Final approval pending.**

## ATTORNEYS IN THIS PRACTICE AREA








Anne K. Davis    Darrius D. Dixon    Samuel W. Douthit    Colleen Garvey    Miles McDowell    Andrew E. Mize







Gregory S. Mullens    John C. Roberts    Joshua Samra    J. Gerard Stranch IV    Lesley E. Weaver    Grayson Wells



# J. Gerard Stranch IV

## FOUNDING AND MANAGING MEMBER

Gerard Stranch is the managing member at Stranch, Jennings & Garvey, PLLC (SJ&G). A third-generation trial lawyer, he leads the firm's class action and mass tort practice groups. His additional areas of practice include bank fees, privacy litigation, wage and hour disputes, worker adjustment and retraining notification, personal injury and trucking wrecks.

Mr. Stranch has served as lead or co-lead counsel for the firm in numerous cases, including:

- lead trial attorney in the Sullivan Baby Doe case (originally filed as Staubus v. Purdue) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date;

- personally appointed to the steering committee of the In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation, resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever;

- the executive committee In re: Dahl v. Bain Capital Partners (anti-trust), resulting in a $590.5 million settlement;

- personally appointed to the steering committee In re: New England Compounding Pharmacy, Inc., resulting in more than $230 million in settlements; and

- appointed as co-lead counsel In re: Alpha Corp. Securities litigation, resulting in a $161 million recovery for the class.

A 2000 graduate of Emory University, Mr. Stranch received his J.D. in 2003 from Vanderbilt University Law School, where he teaches as an adjunct professor about the practice of civil litigation. He led the opioid litigation team in the Sullivan Baby Doe suit, for which the team won the 2022 Tennessee Trial Lawyer of the Year award. Mr. Stranch has been listed as one of the Top 40 Under 40 by the National Trial Lawyers Association and as a Mid-South Rising Star by Super Lawyers magazine.

**PHONE**
615.254.8801

**EMAIL**
gstranch@stranchlaw.com

**LOCATION**
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Bank Fees
- Car Crashes
- Class Action
- Complex Litigation
- Labor Unions
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Opioid Litigation
- Personal Injury
- Privacy Litigation
- Product Liability
- Trucking Wrecks
- Wage & Hour Disputes
- Worker Adjustment & Retraining Notification

## EDUCATION

- Vanderbilt University Law School (J.D., 2003)
- Emory University (B.A., 2000)

## BAR ADMISSIONS

- Tennessee
- U.S. District Court – District of Colorado
- U.S. District Court Eastern – District of Tennessee
- U.S. District Court Middle – District of Tennessee
- U.S. District Court Western – District of Tennessee
- U.S. 6th Circuit Court of Appeals
- U.S. 8th Circuit Court of Appeals
- U.S. 9th Circuit Court of Appeals

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Nashville Post "In Charge" List (2018 – 2026)
- 2024 Steven J. Sharp Public Service Award (American Association for Justice)
- 2024 Leonard Weinglass in Defense of Civil Liberties Award (American Association for Justice)
- Super Lawyers Mid-South Rising Star
- Tennessee Trial Lawyer of the Year
- Top 40 Under 40, National Trial Lawyers Association

*Memberships*

- Public Justice
- Nashville Bar Association
- Tennessee Bar Association
- American Association for Justice
- Tennessee Association for Justice
- Lawyer's Coordinating Committee of the AFL-CIO
- General Counsel Tennessee AFL-CIO and Federal Appointment, Colorado
- General Counsel Tennessee Democratic Party
- National Trial Lawyer
- Board of Directors, Cumberland River Compact
- Class Action Trial Lawyers Association, Board Member
- Tennessee Trial Lawyers Association

## PRESENTATIONS

- Mr. Stranch regularly speaks at conferences on issues ranging from in-depth reviews of specific cases to developments in the law, including in mass torts, class actions and voting rights.
- Mr. Stranch is one of the founding members of the Cambridge Forum on Plaintiff's Mass Tort Litigation and regularly presents at the forum.

## LANGUAGES

- English
- German



**SJG**
STRANCH,
JENNINGS
& GARVEY
PLLC



# Grayson Wells

MEMBER

**Grayson Wells joined Stranch, Jennings & Garvey in early 2024. He specializes in complex civil litigation, including data breach and privacy class actions in both state and federal court.**

Prior to joining the firm, Mr. Wells served as a litigation associate at the Nashville office of Bradley Arant Boult Cummings LLP. After earning his law degree from Indiana University Maurer School of Law in 2020, Mr. Wells served for two years as a law clerk to the Honorable Iain D. Johnston, U.S. District Judge for the Northern District of Illinois.

Before becoming a lawyer, Mr. Wells spent more than a decade as a network infrastructure engineer, both in the military and the private sector. In addition to his law degree, he received a master of science degree in cybersecurity risk management from Indiana University and a bachelor of science in computer science from Park University.

**PHONE**
615.254.8801

**EMAIL**
gwells@stranchlaw.com

**LOCATION**
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

**PRACTICE AREAS**
- Civil Litigation
- Class Action
- Privacy & Cybersecurity Litigation

**EDUCATION**
- Indiana University Maurer School of Law (J.D., magna cum laude, 2020)
  - Executive Articles Editor, Indiana Law Journal
  - President and Founder, Cybersecurity and Privacy Law Association
  - Dean's Writing Fellow
  - Community Legal Clinic
- Indiana University (M.S. in Cybersecurity Risk Management, 2020)
- Park University (B.S. in Computer Science, summa cum laude, 2010)

**CLERKSHIPS**
- Hon. Iain D. Johnston, U.S. District Court, Northern District to Illinois, Western Division

**BAR ADMISSIONS**
- Missouri
- Tennessee
- U.S. District Court – District of Colorado
- U.S. District Court – Central District of Illinois
- U.S. District Court – Eastern District of Missouri
- U.S. District Court – Eastern District of Tennessee
- U.S. District Court – Middle District of Tennessee
- U.S. District Court – Western District of Tennessee
- U.S. District Court – Eastern District of Wisconsin
- U.S. District Court – Western District of Wisconsin
- U.S. 6th Circuit Court of Appeals

**MEMBERSHIPS**
- American Bar Association
- Tennessee Bar Association
- Nashville Bar Association

**PRESENTATIONS & PUBLISHED WORKS**
- "What's the Harm? Federalism, the Separation of Powers, and Standing in Data Breach Litigation," Comment, 96 Ind. L.J. 937, (Spring 2021)
- "Data Security, Professional Perspective – Complying with the FTC's Amended Safeguards Rule," Bloomberg Law (Robert Maddox, Erin Illman, Courtney Achee and Grayson Wells), (June 2023)



STRANCH, JENNINGS & GARVEY
PLLC



# Marty Schubert

MEMBER

**Marty Schubert focuses his practice on the firm's class action litigation, and currently represents numerous consumers who were charged improper overdraft fees by their banks or credit unions. He previously served as the voter protection director for the Tennessee Democratic Party.**

Before joining Stranch, Jennings & Garvey, Mr. Schubert was a U.S. associate with Linklaters LLP in London, England, and an associate with Waller Lansden Dortch & Davis, LLP in Nashville. A native Chicagoan, he began his career as a middle school teacher in South Los Angeles. Before attending law school, he worked as a field organizer for the Obama campaign and as an Obama administration appointee at the U.S. Department of Education in Washington, D.C. Prior to beginning his legal practice, he served as a judicial intern with Chief U.S. District Judge Colleen McMahon of the U.S. District Court for the Southern District of New York.

Mr. Schubert is a 2013 graduate of Brooklyn Law School. He graduated *cum laude* from Georgetown University in 2006 and earned his M.A. in secondary education in 2008 from Loyola Marymount University.

## PHONE
615.254.8801

## EMAIL
mschubert@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS
- Bank Fees
- Class Action

## EDUCATION
- Brooklyn Law School (J.D., 2013)
  - Member, *Brooklyn Law Review*
- Loyola Marymount University (M.A., Secondary Education, 2008)
- Georgetown University (B.S., Foreign Service, *cum laude*, 2006)

## EXPERIENCE
- Prosecuted class action lawsuits in 40+ states – both in state and federal courts – on behalf of consumers against their financial institutions
- Obtained fee refunds in excess of $100+ million for more than one million consumers charged improper overdraft and non-sufficient funds fees by their banks and credit unions

## BAR ADMISSIONS
- Tennessee
- New York

## PROFESSIONAL HONORS & ACTIVITIES
*Memberships*
- Nashville Bar Association
- Tennessee Trial Lawyers Association (2019)

## PUBLISHED WORKS
- Note, When Vultures Attack: Balancing the Right to Immunity Against Reckless Sovereigns, 78 BROOK L. REV. (Spring 2013)

## LANGUAGES
- English
- Spanish

## COMMUNITY INVOLVEMENT
- Throughout his career, Mr. Schubert has been involved in local education issues by representing suspended or truant students in administrative proceedings and serving as a committee member of the Nashville Area Chamber of Commerce's Education Report Card.
- He is also a founding board member of The Ubunye Challenge, which raises funds for educational initiatives in southern Africa and the Caribbean through athletic endurance competitions.



STRANCH, JENNINGS & GARVEY



# Michael Tackeff

## OF COUNSEL

**Michael (Mike) Tackeff is a proficient litigator in the areas of complex civil litigation, class action and appellate litigation in state and federal courts, along with consumer protection, constitutional law and civil rights litigation.**

Prior to joining Stranch, Jennings & Garvey in 2025, he was an Assistant United States Attorney serving as the Deputy Appellate Chief for the Middle District of Tennessee, where he litigated both civil and criminal matters. These included criminal and civil appellate litigation in the Sixth Circuit, affirmative cases under the False Claims Act and the Americans with Disabilities Act, and defensive suits against the United Sates under the Federal Tort Claims Act.

Mr. Tackeff earned his B.A. and M.A in 2012 from Brown University and received his J.D. in 2018 from Vanderbilt University Law School. While in law school, he served as a law clerk in multiple divisions of the Tennessee Attorney General's Office, a legal intern at the Southern Environmental Law Center and a judicial internship with Melvin S. Hoffman, Chief Judge of the U.S. Bankruptcy Court for the District of Massachusetts. Prior to law school, he worked as a paralegal for a boutique complex litigation firm in Boston, Massachusetts.

After earning his J.D., Mr. Tackeff served as a law clerk for the Hon. Gilbert S. Merritt on the Sixth Circuit Court of Appeals and practiced law at Bass, Berry & Sims in Nashville, litigating bankruptcy, commercial, white-collar defense, and appellate cases in state and federal court. He also maintained a robust pro bono practice, working on death penalty litigation, asylum claims for Afghan refugees, and advocacy for Medicaid recipients.

In his spare time, Mr. Tackeff is an avid ceramicist and photographer. He also teaches as an adjunct faculty member at Vanderbilt Law School.

## PHONE
615.254.8801

## EMAIL
mtackeff@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Appellate Practice
- Civil Rights
- Class Action
- Civil Litigation
- Complex Litigation
- Constitutional Law
- Consumer Protection

## EDUCATION

- Vanderbilt Law School (J.D., 2018)
- Brown University (B.A./M.A, 2012)

## CLERKSHIP

- Hon. Gilbert S. Merritt, Jr., U.S. Court of Appeals for the Sixth Circuit

## BAR ADMISSIONS

- Pennsylvania
- Tennessee
- U.S. District Court — Eastern District of Tennessee
- U.S. District Court — Middle District of Tennessee
- U.S. District Court — Western District of Tennessee
- U.S. 5th Circuit Court of Appeals
- U.S. 6th Circuit Court of Appeals

## PROFESSIONAL HONORS & ACTIVITIES

*Honors*

- Super Lawyers® Rising Star (2023)

## MEMBERSHIPS

- Nashville Bar Association

## SEMINARS & PUBLISHED WORKS

*Published Works*

- The Uncommon Institutionalist – Judge Merritt and the Art of the Dissent, in A Theory and Practice of Justice: A Selective Review of the Jurisprudence, Outlook, and Significant Cases of Judge Gilbert S. Merritt, 91 TENN. L. REV. 537 (2024)
- Pleading Diligence in Preference Complaints, 41-Sep. AM. BANKR. Inst. J. 14 (Sept. 2022)
- Justice by Lot: The Taboo of Chance Verdicts in America, 16 U. ST. THOMAS L. J. 209 (2020)
- Constructing a "Creative Reading": Will U.S. State Cannabis Legislation Threaten the Fate of the International Drug Control Treaties?, 51 VAND. J. TRANSNAT'L L. 247 (Jan. 2018)

## SJG

### STRANCH, JENNINGS & GARVEY
PLLC

# Andrew E. Mize

ATTORNEY



**Andrew Mize is an attorney in the Class Action and Privacy & Cybersecurity groups. With more than a decade of experience in complex civil litigation in his home state of Kentucky and across the country, he regularly litigates class actions in state and federal courts on behalf of consumers, patients and others.**

Mr. Mize has represented plaintiffs and class members in numerous class actions involving cybersecurity breaches and unauthorized disclosures of personal information through online tracking technologies, as well as in consumer injury and industrial explosion cases.

He has proudly represented numerous individuals, including minors, in cases involving personal injury, medical malpractice, education law, sexual abuse and civil rights — obtaining highly-favorable results.

Mr. Mize graduated *cum laude* from the University of Louisville, Louis D. Brandeis School of Law in 2011, where he was a member of the University of Louisville Law Review. During law school, he was a member of Phi Alpha Delta Law Fraternity and the National Lawyers Guild, and spent his summers interning with the Kentucky Department of Public Advocacy. He earned a Bachelor of Arts from Centre College in 2008 with double majors in government and history and double minors in international studies and political economy. While in college, he was a member of Beta Theta Pi.

Mr. Mize lives in Louisville, Kentucky, with his wife, who is an accountant. His interests include history, shooting sports, art, the outdoors and travel.

## PHONE
615.254.8801

## EMAIL
amize@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Civil Rights
- Class Action
- Complex Litigation
- Consumer Protection
- Medical Malpractice
- Privacy & Cybersecurity Litigation
- Personal Injury

## EDUCATION

- Louis D. Brandeis School of Law, University of Louisville (J.D., *cum laude*, 2011)
- Centre College, B.A. (2008)
- Culver Military Academy (2004)

## BAR ADMISSIONS

- Kentucky
- U.S. District Court – Central District of Illinois
- U.S. District Court – Eastern District of Kentucky
- U.S. District Court – Western District of Kentucky
- U.S. District Court – Eastern District of Michigan
- U.S. 6th Circuit Court of Appeals

## EXPERIENCE

Representative cases:

- Successfully litigated numerous data breach class action cases.
- Appointed co-lead interim class counsel in consolidated data breach class action, *In re: Seven Counties Services, Inc. Data Breach Litigation,* 24-CI-007516 (Jeff. Co. Ky. Cir. Ct) (Jan. 14, 2025).
- Obtained reversal of District Court grant of summary judgment to defendant school board and employees in case involving disability discrimination of a child from the U.S. Court of Appeals for the Sixth Circuit, *Clemons v. Shelby Cty. Bd. of Educ.,* 19-5846, 818 Fed.Appx. 453 (6th Cir. 2020).
- Favorable resolution of medical malpractice action involving plaintiff injured during gynecological surgery, resulting in significant damages.
- Highly favorable resolutions in numerous cases involving minor students injured at school due to negligent supervision, including bullying and discrimination.

## PROFESSIONAL HONORS & ACTIVITIES

*Memberships*

- American Association of Justice
- American Bar Association
- Kentucky Bar Association
- Kentucky Justice Association
- Phi Alpha Delta Law Fraternity

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

- *When Lady Justice Sought Her Sight: Judicial Selection in Kentucky in Light of Recent Trends and Carey v. Wolnitzek,* 50 U. LOU. L. REV. 383 (2011).



# Gregory S. Mullens

## OF COUNSEL

Gregory S. Mullens brings more than a decade of experience litigating complex matters across the public and private sectors. An accomplished trial attorney, he has handled more than 40 trials, including serving as first chair on 10 jury trials to verdict. He currently focuses his practice on complex investigations and the litigation of antitrust and consumer protection matters.

Mr. Mullens also served as counsel at a litigation boutique in New Jersey. In this role, he led internal investigations and defended individual and corporate clients in high-stakes matters involving the U.S. Department of Justice (DOJ), U.S. attorneys' offices, offices of inspectors general and state attorneys general.

He began his legal career as a prosecutor for the Hudson County Prosecutor's Office in New Jersey. Following his service in the trial division, he was promoted to the Gangs and Narcotics Task Force, where he led the investigation and prosecution of high-priority criminal targets. These included Racketeer Influenced and Corrupt Organizations Act (RICO) enterprises, money laundering networks and large-scale trafficking operations.

Before entering the legal profession, Mr. Mullens was a professional athlete, pitching for the New York Mets in their minor league system from 2005-2008. He holds the distinction of being the first Tibetan professional baseball player.

**EMAIL**

gmullens@stranchlaw.com

**LOCATION**

1111 Broadway
Suite 300
Oakland, CA 94607

## PRACTICE AREAS

- AI Copyright Litigation
- Antitrust
- Civil Litigation
- Class Action
- Complex Litigation
- Consumer Protection
- Privacy & Cybersecurity Litigation

## EDUCATION

- Yeshiva University – Benjamin N. Cardozo School of Law (J.D., 2012)
  - Articles Editor, Journal of International and Comparative Law
- Columbia University (B.A., political science, 2006)

## BAR ADMISSIONS

- New Jersey
- New York
- U.S. District Court – District of New Jersey
- U.S. District Court – Eastern District of New York
- U.S. District Court – Southern District of New York
- U.S. 3rd Circuit Court of Appeals

## EXPERIENCE

- *Calhoun et al. v. Google LLC*
- *In re: Allstate & Arity*
- *In re: Bank of America Unauthorized Account Opening Litigation*
- *In re: Google Generative AI Copyright Litigation*
- *In re: Google RTB Consumer Privacy Litigation*
- *Sydney Ji, et al. v. Naver Corp. et al.*
- *White v. Samsung Electronics America, Inc. et al.*



STRANCH, JENNINGS & GARVEY
PLLC



# Miles McDowell

ATTORNEY

**Miles McDowell joined Stranch, Jennings & Garvey in 2025. He specializes in complex civil litigation, including data breach and privacy class actions in both state and federal courts.**

Mr. McDowell is a 2018 graduate of the University of Tennessee (UT), where he obtained a Bachelor of Science in sport management and a double minor in business and political science. While pursuing his degree, he also coached basketball for several high schools in the Knoxville area and Amateur Athletic Union (AAU) teams.

He earned his J.D. in 2021 from the University of Tennessee's Winston College of Law, where he served as treasurer of the Black Law Student Association; vice president of the Sports and Entertainment Law Society; a Diversity, Equity and Inclusion Fellow; and teaching assistant in both tort and criminal law.

While in law school, Mr. McDowell also worked as a student attorney in the University of Tennessee Law Advocacy Clinic, defending clients facing criminal prosecution and assisting other clients in their reentry into society following criminal convictions.

Upon completion of the clinic course, he was selected as a student assistant and continued working in the clinic during his final year of law school, where he was ultimately awarded the James Powers Award in Criminal Advocacy and the Julian Blackshear Outstanding Student Award.

Following law school, Mr. McDowell relocated to Nashville, where he practiced at another law firm in criminal defense, domestic relations, general civil litigation and collections. Because of his efforts and commitment to provide zealous representation to his clients, Mr. McDowell was named a Rising Star in 2024 in Thomas Reuter's annual Mid-South Super Lawyers listings.

In his personal time, Mr. McDowell enjoys watching documentaries, traveling, being a UT sports fan and volunteering with local community organizations.

**PHONE**
615.254.8801

**EMAIL**
nmartin@stranchlaw.com

**LOCATION**
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Class Action
- Complex Litigation
- Privacy & Cybersecurity Litigation

## EDUCATION

- University of Tennessee College of Law (J.D., 2021)
  - Vice President, Sports and Entertainment Law Society
  - Treasurer, Black Law Student Association
  - James Powers Award in Criminal Advocacy
  - Julian Blackshear Outstanding Student Award
- University of Tennessee (B.S. in sport management, 2018)
  - Double minor in business and political science

## BAR ADMISSIONS

- Tennessee
- U.S. District Court – Eastern District of Tennessee
- U.S. District Court – Middle District of Tennessee
- U.S. District Court – Western District of Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

*Memberships*

- Nashville Bar Association
- Tennessee Association of Criminal Defense Lawyers
- Tennessee Bar Association



# SJG

STRANCH, JENNINGS & GARVEY
PLLC



# Darrius D. Dixon

ATTORNEY

**Darrius Dixon joined Stranch, Jennings & Garvey in 2025. He specializes in complex civil litigation, including data breach and privacy class actions in both state and federal court.**

Mr. Dixon is a 2017 graduate of Middle Tennessee State University (MTSU) with a Bachelor of Science in criminal justice and homeland security, and a double minor in political science and psychology. While obtaining his degree, he also studied abroad in London, England.

He earned his J.D. in 2022 from the University of Tennessee's Winston College of Law, where he served as vice president of the Student Bar Association and held roles in the Health Law Society and Student Wellness Committee.

While in law school, Mr. Dixon worked as a student attorney in the University of Tennessee Law Wills Clinic, representing clients in estate planning and uncontested conservatorship cases. He also served as a legal intern at the Tennessee Valley Authority (TVA) in areas including administrative law, environmental law, civil defense litigation and state/federal regulatory compliance.

Following law school, Mr. Dixon practiced as an associate with the Knoxville-based Lewis Thomason P.C. law firm in the areas of insurance defense, commercial litigation and data privacy breach response. He also served as a healthcare litigation associate with Starnes Davis Florie LLP, representing hospitals, skilled nursing facilities and individual medical providers.

After graduating from MTSU, Mr. Dixon attended the Regional Law Enforcement Training Academy in Greeneville, Tennessee, and served as a police officer for two years before attending law school.

He resides in the Nashville area and teaches as an adjunct professor at MTSU. In his personal time, he enjoys drumming, cooking, traveling and volunteering with local community organizations.

## PHONE
615.913.4135

## EMAIL
ddixon@stranchlaw.com

## LOCATION
The Freedom Center
Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS
- Class Action
- Complex Litigation
- Privacy & Cybersecurity Litigation

## EDUCATION
- University of Tennessee College of Law (J.D., 2022)
  - Vice President, Student Bar Association
  - Julian Blackshear Scholarship Award
  - Napier Looby Scholarship Award
  - William W. Hawkins Scholarship Award
  - Leadership Development Programming Assistant, UT Haslam College of Business
- Middle Tennessee State University (B.S. in Criminal Justice and Homeland Security, 2017)
  - Double minor in Political Science and Psychology

## BAR ADMISSIONS
- Tennessee
- U.S. District Court – Middle District of Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

Memberships
- Tennessee Bar Association
- Nashville Bar Association
- American Bar Association
- Napier-Looby Bar Association
- International Association of Privacy Professionals

## PRESENTATIONS
- Presentation speaker for the Tennessee School Resource Officer Association Conference (June 2023)
- Guest speaker for the Mt. Zion Missionary Baptist Church of Asheville, North Carolina (June 2023)



## STRANCH, JENNINGS & GARVEY
PLLC



# Samuel W. Douthit
ASSOCIATE ATTORNEY

**Samuel Douthit is an associate attorney specializing in complex civil litigation, including data breach and privacy class actions, in both state and federal courts.**

He graduated summa cum laude in 2022 with a Bachelor of Science in finance and a minor in mathematics from the University of Tennessee-Knoxville. He served as president of the Men's Club Soccer Team and was a Haslam College of Business Global Leadership Scholar.

Mr. Douthit earned his J.D. degree cum laude in 2025 from Indiana University's Maurer School of Law, where he worked with the Intellectual Property Clinic, served as an online editor for the Indiana Law Journal and participated in the Sherman Minton Moot Court competition. During his summers off from law school, he worked as a law student attorney for a firm in Indiana and a small firm in Nashville, where he represented individuals in a wide variety of legal needs.

Mr. Douthit resides in the Nashville area with his wife and two cats. In his spare time, he enjoys running, watching his beloved Borussia Dortmund football club and Nashville Soccer Club, and eating at restaurants up and down Nolensville Road.

**PHONE**
615.254.8801

**EMAIL**
sdouthit@stranchlaw.com

**LOCATION**
The Freedom Center
Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS
- Class Action
- Privacy & Cybersecurity Litigation

## EDUCATION
- Indiana University, Maurer School of Law (J.D., cum laude, 2025)
  - Online Editor, Indiana Law Journal
  - Participant, Sherman Minton Moot Court
  - Associate, Intellectual Property Law Clinic
- University of Tennessee (B.S., Finance, summa cum laude, 2022)
  - Global Leadership Scholar
  - Men's Soccer Club President

## BAR ADMISSIONS
- Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

Memberships
- Tennessee Bar Association
- Nashville Bar Association



STRANCH, JENNINGS & GARVEY
PLLC



# Colleen Garvey

ATTORNEY

St. Louis native Colleen Garvey joined Stranch, Jennings & Garvey in 2022. Ms. Garvey previously worked at a top insurance defense firm in St. Louis, where she primarily practiced in premises liability, personal injury and catastrophic loss claims. She brings a unique perspective and desire to strongly advocate for those who have experienced injustice or harm.

Ms. Garvey earned her J.D. in 2020 from Saint Louis University School of Law. While attending law school, she worked as a law clerk at a plaintiff's firm for two years; served as a teaching fellow mentor for first-year law students; clerked for Judge Colleen Dolan on the Missouri Court of Appeals in the Eastern District; and, by invitation, served as a member of the prominent Theodore McMillian American Inn of Court. She also practiced as a Rule 13 certified law student for Saint Louis University's Criminal Law Clinic, representing indigent clients in criminal matters before state and federal judges.

Ms. Garvey graduated *magna cum laude* in 2016 from Rockhurst University in Kansas City, Missouri, with a B.A. in Psychology and a B.A. in English, and competed as a collegiate scholar athlete on the Rockhurst women's golf team.

Ms. Garvey resides in the City of St. Louis with her pet axolotl, Jerry. In her free time, she enjoys traveling and playing pickleball with her friends and family.

**PHONE**
314.390.6750

**EMAIL**
cgarvey@stranchlaw.com

**LOCATION**
Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101

## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Personal Injury
- Privacy & Cybersecurity Litigation
- Sexual Abuse & Assault Litigation

## EDUCATION

- Saint Louis University School of Law (J.D., 2020)
- Rockhurst University (B.A., *magna cum laude*, 2016)

## CLERKSHIP

- Hon. Colleen Dolan on the Missouri Court of Appeals in the Eastern District

## BAR ADMISSIONS

- Illinois
- Missouri
- U.S. District Court – Eastern District of Missouri

## EXPERIENCE

*Representative Case*

- In re: Gill v. Abbott Laboratories, No. 2322-CC01251 (22nd Judicial Circuit Court of Missouri). A closely watched necrotizing enterocolitis (NEC) baby formula bellwether trial culminated in a $495 million judgment against Abbott Laboratories, a verdict that could affect many other lawsuits awaiting litigation in state and federal courts throughout the U.S.

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Missouri Lawyers Media's 2025 Up & Coming Attorneys
- 2024 Missouri & Kansas Super Lawyers® Class Action/Mass Torts Rising Stars
- 2023 Missouri & Kansas Super Lawyers® Class Action/Mass Torts Rising Stars
- 2023 National Trial Lawyers Civil Plaintiff Top 40 Under 40 Trial Lawyers in the state of Missouri

## COMMUNITY INVOLVEMENT

- Missouri State Public Defender System's Coalition for the Right to Counsel Program (*pro bono* representative, 2020 – present)



STRANCH, JENNINGS & GARVEY



# Michael Iadevaia

## ATTORNEY

**Michael Iadevaia focuses his practice on complex and class action litigation and labor union and worker representation across all labor and employment issues, including traditional labor, employment discrimination, wage and hour, and ERISA.**

Immediately before joining the firm, Mr. Iadevaia served as a law clerk for the Hon. Jane Branstetter Stranch of the U.S. 6th Circuit Court of Appeals. He also worked for a prominent union-side labor law firm in Washington, D.C., where he represented local and international labor unions and their workers in federal courts, state courts, administrative tribunals and arbitrations, and clerked for a federal district court judge.

While in law school, Mr. Iadevaia worked for the Cornell Labor Law Clinic, where he represented workers and their unions in multiple arbitrations and unfair labor practice charges before the NLRB. He received the CALI Award for Excellence for receiving the highest grade in his labor law course, and won first place in the national College of Labor & Employment Lawyers and ABA Section of Labor & Employment Law Annual Law Student Writing Competition, publishing his piece on antitrust issues in no-poach agreements in the ABA Journal of Labor & Employment Law.

Mr. Iadevaia also served as a teaching assistant for an undergraduate course in labor and employment law, for which he earned the General Mills Award for Exemplary Graduate Assistant Teaching, and interned with the U.S. Department of Justice, Civil Rights Division, Disability Rights Section.

Mr. Iadevaia's sustained interest in workers' rights preceded his legal career. During his undergraduate studies at Cornell University's School of Industrial and Labor Relations, he served as a field examiner intern for Region 29 (Brooklyn) of the National Labor Relations Board, and as a research assistant for a professor regarded as a leading authority on union organizing and collective bargaining.

Originally from New York, Michael enjoys exploring Nashville and greater Tennessee. In his free time, he takes pride in cooking Italian cuisine and playing clarinet for the Nashville Community Concert Band.

## PHONE
615.254.8801

## EMAIL
miadevaia@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Appellate Practice
- Class Action
- Complex Litigation
- Employment Law
- ERISA Trust Funds
- Labor Law

## EDUCATION

- Cornell Law School (J.D., *cum laude*, 2019)
  - Articles Editor, *Cornell Law Review*
  - General Mills Award for Exemplary Graduate Teaching
  - CALI Award for Excellence in Labor Law
  - First Place, College of Labor & Employment Lawyers and ABA Section of Labor & Employment Law Annual Law Student Writing Competition
- Cornell University, School of Industrial and Labor Relations (B.S., *with honors*, 2016)

## CLERKSHIP

- Hon. Jane B. Stranch of the U.S. 6th Circuit Court of Appeals

## BAR ADMISSIONS

- New York
- Tennessee
- U.S. District Court – District of Columbia
- U.S. District Court – Middle District of Tennessee
- U.S. District of Columbia Circuit Court of Appeals
- U.S. 3rd Circuit Court of Appeals
- U.S. 6th Circuit Court of Appeals
- U.S. 7th Circuit Court of Appeals
- U.S. 10th Circuit Court of Appeals

## PROFESSIONAL HONORS & ACTIVITIES

*Activities*

- Contributing Editor, *The Developing Labor Law*

*Memberships*

- American Bar Association
- D.C. Bar Association

## PUBLISHED WORKS

- Poach-No-More: Antitrust Considerations of Intra-Franchise No-Poach Agreements, 35 *ABA Journal of Labor & Employment Law 151* (2020)

## LANGUAGES

- English
- Italian

**STRANCH, JENNINGS & GARVEY** PLLC



# John C. Roberts

## ATTORNEY

**John C. Roberts joined Stranch, Jennings & Garvey in 2025 after completing his clerkship with Judge Lynne Ingram of the Eighth Circuit Court for Davidson County, Tennessee. He specializes in complex civil litigation and class actions in both state and federal courts.**

A third-generation trial lawyer, Dr. Roberts is a 2024 graduate of Vanderbilt University, where he obtained both his J.D. and Ph.D. in Law & Economics. While in law school, he spent his summers working for judges in Nashville — first for Magistrate Judge Jeffery S. "Chip" Frensley of the U.S. District Court for the Middle District of Tennessee, and later for Judge Sheila D.J. Calloway of the Davidson County Juvenile Court. In addition, he worked as a law student attorney for a small law firm in Texas, where he represented small businesses in commercial disputes.

Dr. Roberts' work for the Davidson County Juvenile Court led to his dissertation, titled "The Efficacy of Risk Assessment Instruments in Juvenile Pretrial Detention," in which he analyzed a risk assessment tool used by local officials in determining whether to detain juvenile arrestees pending trial. His research was supervised by leading economists and juvenile justice experts, including Christopher Slobogin, one of the nation's foremost scholars on risk assessment algorithms.

Prior to law school, Dr. Roberts received his master's and bachelor's degrees in economics from the University of Texas at Austin. During college, he interned for the Antitrust Division of the Texas Attorney General's Office, working with attorneys and staff economists on consumer protection investigations. After graduating with his master's degree at age 21, he was hired as one of the youngest adjunct assistant professors of economics at his local community college, where he taught introductory macroeconomics.

A native Texan, Dr. Roberts now calls Nashville home. In his spare time, he is an aspiring farmer, raising pigs, improving his cattle-handling skills and, most importantly, driving his tractor. He also enjoys camping, off-roading, carpentry, and playing piano and guitar.

**PHONE**
615.254.8801

**EMAIL**
jroberts@stranchlaw.com

**LOCATION**
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

### PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- Consumer Protection
- ERISA Trust Funds
- Privacy & Cybersecurity Litigation

### EDUCATION

- Vanderbilt University Law School (J.D., 2024)
  - Branstetter Litigation & Dispute Resolution Program
- Vanderbilt University (Ph.D., Law & Economics, 2024)
  - Behavioral Law & Economics; Criminal & Juvenile Justice Policy
  - Russell G. Hamilton Scholar
  - University Graduate Fellow
- University of Texas in Austin (M.A., Economics, 2018)
- University of Texas in Austin (B.A. with High Honors, Economics, 2017)
  - Minors in Mathematics and Business Administration
  - Special Honors in Economics

### CLERKSHIP

- Hon. Lynne T. Ingram, Eighth Circuit Court for Davidson County, Twentieth Judicial District, State of Tennessee (2024-2025)

### BAR ADMISSIONS

- Tennessee
- U.S. District Court – Middle District of Tennessee
- U.S. District Court – Western District of Tennessee
- U.S. District Court – Southern District of Texas



**STRANCH, JENNINGS & GARVEY PLLC**



# Nathan Martin

ATTORNEY

Nathan Martin concentrates his practice in class actions and civil litigation, with a focus on contract law. A Nashville native, he earned his J.D. in 2021 from the Nashville School of Law, and his B.A. in 2000 from the University of Tennessee. Prior to joining the firm, he worked for many years in the valet parking services industry, where he first managed the private events division, then the valet services division for medical centers and large accounts in the Middle Tennessee area.

As an attorney, Mr. Martin continues the legal tradition first established by his father, a criminal defense attorney, and models his practice after his father's longtime efforts to protect the rights of his clients and ensure fair treatment under the law.

Away from the office, he resides with his wife and daughter, and enjoys hiking, biking, camping and travel.

**PHONE**
615.254.8801

**EMAIL**
nmartin@stranchlaw.com

**LOCATION**
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Bank Fees
- Civil Litigation
- Class Action

## EDUCATION

- Nashville School of Law (J.D. 2021)
- University of Tennessee (B.A., sociology with focus in criminal justice, 2000)

## BAR ADMISSIONS

- Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

*Memberships*

- Tennessee Bar Association (2021)
- Nashville Bar Association (2022)



# STRANCH, JENNINGS & GARVEY
PLLC