# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FERNANDO MARTINEZ, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>XSOLIS, INC.,<br><br>      Defendant. | Case No. 3:26-cv-00791<br><br>District Judge Richardson<br>Magistrate Judge Frensley<br><br>JURY DEMANDED<br><br>CLASS ACTION |

*And the following related actions:*

| Case Style | Civil Action No. |
|---|---|
| *Todd v. Xsolis, Inc.* | 3:26-cv-00800 |
| *Owens v. Xsolis, Inc.* | 3:26-cv-00805 |
| *Chu, et al. v. Xsolis, Inc.* | 3:26-cv-00810 |
| *Johnson v. Xsolis, Inc.* | 3:26-cv-00815 |
| *Spencer-Harris v. Xsolis, Inc.* | 3:26-cv-00817 |
| *Dion v. Xsolis, Inc.* | 3:26-cv-00827 |
| *Mitchell v. Xsolis, Inc.* | 3:26-cv-00830 |
| *McLeod v. Xsolis, Inc.* | 3:26-cv-00833 |
| *Shorey v. Xsolis, Inc., et al.* | 3:26-cv-00834 |
| *Matthews v. Xsolis, Inc.* | 3:26-cv-00839 |

## DEFENDANT XSOLIS, INC.'S
## RESPONSE TO PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE AND APPOINT INTERIM CO-LEAD COUNSEL

Defendant Xsolis, Inc. ("Xsolis") hereby submits this Response to Plaintiffs' Unopposed Motion to Consolidate and Appoint Interim Co-Lead Counsel (the "Motion"), (ECF 8), and states as follows:

Xsolis consents to the consolidation of the eleven (11) above-captioned actions and any future related actions (collectively the "Related Actions") into the first-filed action, *Martinez v. Xsolis, Inc.*, Case No. 3:26-cv-00791, for purposes of judicial efficiency and streamlined pre-trial case management. Xsolis further consents to Plaintiffs' requests to stay the Related Actions, including Xsolis's responsive pleading deadlines, until Plaintiffs' filing of a consolidated class action complaint ("Consolidated Complaint"), providing Xsolis sixty (60) days from the date of the filing of the Consolidated Complaint to answer or otherwise respond, providing Plaintiffs sixty (60) days to respond to any motion to dismiss filed pursuant to Federal Rule of Civil Procedure 12, and providing Xsolis thirty (30) days to file any reply in support of any motion to dismiss. In consenting to consolidation, Xsolis reserves all rights and defenses, including, but not limited to, its right to challenge class certification, to file dispositive motions, to seek separate trials on individual claims or issues, and to assert any other claims or defenses are expressly reserved.

Xsolis takes no position on the appointment of Plaintiffs' proposed counsel as interim co-lead counsel under Rule 23(g)(3) of the Federal Rules of Civil Procedure for the limited purpose of representing the putative class and facilitating pre-certification case management.

This Response in no way waives or modifies any of Xsolis's rights, claims, or defenses in any of the above-captioned actions, in any consolidated proceeding, or in any related action subsequently filed. Xsolis expressly reserves all rights, claims, and defenses available to it in the above-captioned actions and in any consolidated proceeding, including all defenses to the claims asserted in the operative complaints in each aforementioned action or in any other action that is deemed related.

WHEREFORE, Xsolis consents to the consolidation of the above-captioned actions and the following schedule requested by Plaintiffs:

2

i. Stay the Defendants' responsive pleading deadlines in all Related Actions;

ii. Plaintiffs shall have sixty (60) days to file their Consolidated Complaint;

iii. The Defendants shall have sixty (60) days from the filing date of the Consolidated Complaint to answer or otherwise respond;

iv. If the Defendants file a motion under Federal Rule of Civil Procedure 12, Plaintiffs shall have sixty (60) days to respond and the Defendants would have thirty (30) days to reply.

Xsolis takes no position on the appointment of Plaintiffs' interim co-lead counsel.

Respectfully submitted, this the 8th day of July 2026.

**BUTLER SNOW LLP**

*/s Melody McAnally*
Melody McAnally (BPR No. 025971)
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
T: (901) 680-7322
F: 901-680-7201
Melody.McAnally@butlersnow.com

and

Jordyne J. Richartz (BPR No. 038434)
1320 Adams Street, Suite 1400
Nashville, Tennessee 37208
Telephone: (615) 651-6658
Facsimile: (615) 651-6701
Jordyne.Richartz@butlersnow.com

*Counsel for Defendant Xsolis, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response was served on the following Filing

Users via the Court's CM/ECF system, this the 8th day of July 2026:

J. Gerard Stranch, IV
Grayson Wells
John C. Roberts
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
**gstranch@stranchlaw.com**
**gwells@stranchlaw.com**
**jroberts@stranchlaw.com**

Jeff Ostrow *(Pro Hac Vice forthcoming)*
**KOPELOWITZ OSTROW, P.A.**
One West Las Olas Blvd, Suite 500
Fort Lauderdale, Florida 33301
**ostrow@kolawyers.com**

Alexandra M. Honeycutt
**MILBERG, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
**ahoneycutt@milberg.com**

Mariya Weekes *(Pro Hac Vice forthcoming)*
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, Florida 33131
**mweekes@milberg.com**

*Counsel for Plaintiffs*

*/s Melody McAnally*
Melody McAnally

101571223.v3

4