**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **FERNANDO MARTINEZ, individually and on behalf of all others similarly situated,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:26-CV-00791** |
| | ) | |
| **v.** | ) | **District Judge Eli J. Richardson** |
| | ) | **Magistrate Judge Jeffery S. Frensley** |
| **XSOLIS, INC.,** | ) | |
| | ) | **Jury Trial Demanded** |
| **Defendant.** | ) | **Class Action** |

**NOTICE OF APPEARANCE**

Jordyne J. Richartz of Butler Snow LLP, 1320 Adams Street, Suite 1400, Nashville, Tennessee 37208, hereby enters her appearance as counsel for Defendant Xsolis, Inc.

Dated: July 7, 2026.

Respectfully submitted,

*s/ Jordyne J. Richartz*

Jordyne J. Richartz (BPR No. 038434)
Butler Snow LLP
1320 Adams Street, Suite 1400
Nashville, Tennessee 37208
Telephone: (615) 651-6658
Facsimile: (615) 651-6701
jordyne.richartz@butlersnow.com

*Counsel for Defendant Xsolis, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance has been served on the following Filing Users via the Court's CM/ECF system and on other counsel via U.S. Mail, first-class postage prepaid, this 8th day of July, 2026:

J. Gerard Stranch, IV
Grayson Wells
John C. Roberts
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
gstranch@stranchlaw.com
gwells@stranchlaw.com
jroberts@stranchlaw.com

Jeff Ostrow *(Pro Hac Vice forthcoming)*
**KOPELOWITZ OSTROW, P.A.**
One West Las Olas Blvd, Suite 500
Fort Lauderdale, Florida 33301
ostrow@kolawyers.com

Alexandra M. Honeycutt
**MILBERG, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
ahoneycutt@milberg.com

Mariya Weekes *(Pro Hac Vice forthcoming)*
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, Florida 33131
mweekes@milberg.com

*Counsel for Plaintiff*

*s/ Jordyne J. Richartz*
Jordyne J. Richartz