# Exhibit A



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I,     **Angela E. Noble,**          Clerk of the United States District Court
for the Southern District of Florida,

do hereby certify that **Jeffrey Miles Ostrow** , Florida Bar # **121452**, was duly admitted to practice

in this Court on **April 17, 1998**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on March 07, 2026.

Angela E. Noble
Court Administrator - Clerk of Court