# EXHIBIT A

KROLL

# Xsolis, Inc.

June 05, 2026

WEBSITE NOTICE OF DATA SECURITY INCIDENT

**Dear: Fernando Martinez**

[redacted]

**To: Fernando Martinez**

## Xsolis, Inc. Provides website notice for Data Security Incident

Xsolis, Inc. ("Xsolis"), a vendor that provides case and utilization management services to healthcare organizations, is providing notice of a recent data security incident that may have involved certain personal and protected health information provided to us by our clients.

On January 22, 2026, Xsolis became aware of unauthorized activity impacting a limited portion of the Xsolis environment resulting from a targeted phishing attack on January 20, 2026. We immediately contained the activity and launched an investigation with the assistance of external cybersecurity experts. The investigation determined that an unauthorized actor acquired certain files containing information that, depending on the individual, may include names, addresses, date of birth, health insurance information, Social Security numbers, and medical treatment information. We are not aware of any actual or attempted misuse of information because of this incident.

We have taken steps to address the incident and are committed to protecting the information entrusted to us. Upon learning of this incident, we immediately began an investigation and reported the incident to law enforcement. We also implemented additional safeguards to further enhance the security of information in our possession and to help prevent similar incidents from occurring in the future.

Additionally, we will be mailing notice letters to potentially affected individuals for whom we have address information. The letters will include information about this incident and steps that individuals can take to monitor and help protect their information, including access to free credit monitoring and identity protection services. Additional steps that individuals may take to monitor and protect their information are also included below.

We have also established a toll-free call center to answer questions about the incident, provide access to

free credit monitoring and identity protection services for eligible potentially affected individuals, and address related concerns. The call center is available Monday through Friday, between 8:00 a.m. and 5:30 p.m. Central Time, excluding major U.S. holidays and can be reached at (844) 403-4585.

In general, we encourage individuals to remain vigilant against incidents of identity theft and fraud by reviewing credit reports/account statements and explanation of benefits forms for suspicious activity and to detect errors. Under U.S. law, individuals are entitled to one free credit report annually from each of the three major credit reporting bureaus, TransUnion, Experian, and Equifax. To order your free credit report, visit www.annualcreditreport.com or call 1-877-322-8228.

Individuals have the right to place an initial or extended fraud alert on a credit file at no cost. If individuals are a victim of identity theft, they are entitled to an extended fraud alert lasting seven years. As an alternative to a fraud alert, they have the right to place a credit freeze on a credit report. The credit freeze is designed to prevent credit, loans, and services from being approved without consent. Pursuant to federal law, individuals cannot be charged to place or lift a credit freeze on your credit report.

Should you wish to place a fraud alert or credit freeze, please contact the three major credit reporting bureaus listed below:

| | | |
|---|---|---|
| TransUnion | Experian | Equifax |
| 1-800-680-7289 | 1-888-397-3742 | 1-888-298-0045 |
| www.transunion.com | www.experian.com | www.equifax.com |

You can further educate yourself regarding identity theft, fraud alerts, credit freezes and the steps you can take to protect your personal information by contacting the credit reporting bureaus, the Federal Trade Commission (FTC), or your state Attorney General. The FTC also encourages those who discover that their information has been misused to file a complaint with them. The FTC may be reached at 600 Pennsylvania Ave. NW, Washington, D.C. 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261. Instances of known or suspected identity theft should also be reported to law enforcement, your state Attorney General, and the FTC.

© 2026 Kroll, LLC. All rights reserved. Learn more in our Terms of Use. Kroll is not affiliated with Kroll Bond Rating Agency, Kroll OnTrack Inc. or their affiliated businesses.

Xsolis, Inc.

Return to Kroll
P.O. Box 980108
West Sacramento, CA 95798

DAYNIQUE LAGINA JOHNSON
[redacted]

June 5, 2026

**Notice of Data Breach**

Dear Daynique Johnson,

Xsolis, Inc. ("Xsolis") provides utilization management services to healthcare companies, including Mayo Clinic. In order to provide our services, limited access to information related to your care is shared with Xsolis. Xsolis is required to comply with HIPAA requirements relating to these services.

Xsolis values the opportunity to provide services to our clients and takes our responsibility to protect the information shared with us seriously. We are writing to tell you about a data security incident affecting Xsolis that may have exposed some of your protected health information.

**What happened?**

Xsolis processes limited protected health information to provide certain case and utilization management services to healthcare providers. Xsolis experienced a data security incident that involved unauthorized activity to a limited portion of data in our environment on January 22, 2026. The unauthorized activity resulted from a targeted phishing attack. Upon discovering the unauthorized activity, that same day, Xsolis immediately interrupted and contained the issue and terminated the unauthorized access.

As part of our response and investigation, Xsolis engaged external cybersecurity experts and notified law enforcement. There has been no evidence of unauthorized activity within Xsolis' environment since January 22, 2026. Additionally, there is no evidence of any misuse of the impacted data.

Xsolis provided Mayo Clinic with its analysis of impacted data on April 23, 2026. We are now providing this notification to affected individuals.

**What information was involved?**

Xsolis worked diligently with its consultants to assess the data and identify any affected protected health information. We are notifying you of this incident because we have determined that some of your information may have been accessed, which may have included your date of birth, medical diagnosis information, medical record number, medical treatment dates, medical treatment location, and patient ID or account number. Although we have no evidence that the information involved in this incident has been improperly used, we recommend that you remain vigilant against fraud and identity theft.

**What we are doing.**

Immediately upon discovering the incident, Xsolis launched an investigation and undertook immediate mitigation steps to eliminate the threat. Since then, Xsolis has implemented additional security measures, including resetting passwords for all users and key accounts, increasing monitoring of systems, deploying new protective technology, completing the rollout of updated security measures, accelerating annual security training for employees, and strengthening processes for managing credentials and responding to future incidents. We continue to work with security professionals to reinforce the security of our digital environment.

Xsolis, Inc.

Return to Kroll
P.O. Box 980108
West Sacramento, CA 95798

379_0116775

JAMES M SOWARD
[redacted]

SCAN TO ENROLL

**Notice of Data Breach**

June 12, 2026

Dear James Soward,

Your healthcare provider values the opportunity to provide services to you, and they take their responsibility to protect the information you share with them seriously. We are writing to tell you about a data security incident that may have exposed some of your personal information.

**What happened?**

Your healthcare provider uses a vendor, Xsolis, Inc. ("Xsolis"), to provide certain case and utilization management services. Xsolis recently informed your healthcare provider of certain unauthorized activity impacting a limited portion of their environment.

Xsolis became aware of unauthorized activity resulting from a targeted phishing attack on January 22, 2026. Upon discovering the unauthorized activity, Xsolis immediately interrupted and contained the issue and terminated the unauthorized access.

As part of its response and investigation, Xsolis engaged external cybersecurity experts and notified law enforcement. There has been no evidence of unauthorized activity within the Xsolis environment since January 22, 2026. Additionally, there is no evidence of any misuse of the impacted data.

**What information was involved?**

We worked diligently with consultants to assess the data and identify any affected protected health information. We are notifying you of this incident because we have determined that some of your information may have been accessed, which may have included your date of birth, doctor name, medical treatment dates, medical treatment location, health insurance group number, health insurance ID number, health insurance provider, medical diagnosis information, and medical record number. Although we have no evidence that the information involved in this incident has been improperly used, we recommend that you remain vigilant against fraud and identity theft.

**What we are doing.**

Immediately upon discovering the incident, Xsolis launched an investigation and undertook immediate mitigation steps to eliminate the threat. Since then, Xsolis has implemented additional security measures, including resetting passwords for all users and key accounts, increasing monitoring of systems, deploying new protective technology, completing the rollout of updated security measures, accelerating annual security training for employees, and strengthening processes for managing credentials and responding to future incidents. We continue to work with security professionals to reinforce the security of our digital environment.

We want you to feel confident that your data is secure. To help protect your identity, we are offering you the services of Kroll to provide identity monitoring at no cost for 12 months. Kroll is a global leader in risk mitigation and response, and their team has extensive experience helping people who have sustained an unintentional exposure of confidential data. Your identity monitoring services include Credit Monitoring, Fraud Consultation, and Identity Theft Restoration.

0157987

Xsolis, Inc.

Return to Kroll
P.O. Box 980108
West Sacramento, CA 95798

541_0157987

JUELLS MCLEOD

SCAN TO ENROLL

June 5, 2026

**Notice of Data Breach**

Dear Juells Mcleod,

Xsolis, Inc. ("Xsolis") provides utilization management services to healthcare companies, including Mayo Clinic. In order to provide our services, limited access to information related to your care is shared with Xsolis. Xsolis is required to comply with HIPAA requirements relating to these services.

Xsolis values the opportunity to provide services to our clients and takes our responsibility to protect the information shared with us seriously. We are writing to tell you about a data security incident affecting Xsolis that may have exposed some of your protected health information.

**What happened?**

Xsolis processes limited protected health information to provide certain case and utilization management services to healthcare providers. Xsolis experienced a data security incident that involved unauthorized activity to a limited portion of data in our environment on January 22, 2026. The unauthorized activity resulted from a targeted phishing attack. Upon discovering the unauthorized activity, that same day, Xsolis immediately interrupted and contained the issue and terminated the unauthorized access.

As part of our response and investigation, Xsolis engaged external cybersecurity experts and notified law enforcement. There has been no evidence of unauthorized activity within Xsolis' environment since January 22, 2026. Additionally, there is no evidence of any misuse of the impacted data.

Xsolis provided Mayo Clinic with its analysis of impacted data on April 23, 2026. We are now providing this notification to affected individuals.

**What information was involved?**

Xsolis worked diligently with its consultants to assess the data and identify any affected protected health information. We are notifying you of this incident because we have determined that some of your information may have been accessed, which may have included your date of birth, medical diagnosis information, medical record number, medical treatment dates, medical treatment location, and patient ID or account number. Although we have no evidence that the information involved in this incident has been improperly used, we recommend that you remain vigilant against fraud and identity theft.

**What we are doing.**

Immediately upon discovering the incident, Xsolis launched an investigation and undertook immediate mitigation steps to eliminate the threat. Since then, Xsolis has implemented additional security measures, including resetting passwords for all users and key accounts, increasing monitoring of systems, deploying new protective technology, completing the rollout of updated security measures, accelerating annual security training for employees, and strengthening processes for managing credentials and responding to future incidents. We continue to work with security professionals to reinforce the security of our digital environment.