**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **IN RE XSOLIS, INC. DATA BREACH LITIGATION** | Case No. 3:26-CV-00791<br><br>District Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley<br><br>**JURY DEMANDED**<br><br>**CLASS ACTION** |

**JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Plaintiffs Eugene Chu, Jeffrey McGrath, Ray Wieters, LaWanda Campbell, Jill Hurant, Noah David Jensen, Gina Longoria, Kale Tinsley, Richard Jesky, Juells McLeod, Daynique Johnson, and James Soward ("Plaintiffs"), and Defendant, Xsolis, Inc. ("Defendant," and, collectively with Plaintiffs, "the Parties"), by and through undersigned counsel, respectfully request the Court continue the initial case management conference in this matter, currently set for September 22, 2026, until a time convenient to the Court after Defendant's answer or other responsive pleading is filed, pursuant to Fed. R. Civ. P. 6 and L.R. 6.01, and in support thereof show as follows:

1. Beginning on June 10, 2026, numerous plaintiffs filed individual actions related to the same subject matter that forms the basis of this lawsuit, a cybersecurity event affecting Defendant's information systems and Plaintiffs' private information. *See* ECF 1.

2. The following day, on June 11, 2026, the Court set the Fernando Martinez action for an Initial Case Management Conference (ICMC) on September 22, 2026. *See* ECF 6.

3. Thereafter, Plaintiffs across the multiple individual actions that were filed moved to consolidate the related cases into this action, the first filed, ECF 8, which the Court granted on July 15, 2026, ECF 13. In the Order consolidating the cases, the Court set deadlines for Plaintiffs

to file a consolidated complaint ("within 60 days of this Order") and for Defendant to respond thereto ("60 days after the filing of the Consolidated Complaint").[1] *See* ECF 13 ¶ 11.

4. As contemplated in the consolidation order, Plaintiffs filed their consolidated complaint on September 14, 2026. *See* ECF 17. Defendant's answer or other responsive pleading is due to be filed on or before November 13, 2026. Defendant has not yet responded to the consolidated complaint, and it is still well within its time to do so.

5. Good cause exists for a continuance of the ICMC. As this complex case is still in its infancy and required the consolidation of numerous related cases, and Defendant is preparing its response to the consolidated complaint, the Parties need additional time to confer on appropriate case management deadlines to submit a proposed initial case management order to the Court. Accordingly, the Parties request the Court continue the initial case management conference until a time convenient to the Court after Defendant's answer or other responsive pleading is filed, which is due on or before November 13, 2026.

6. No party will be prejudiced by the continuance, as evidenced by the agreement and signatures of counsel below.

Dated: September 15, 2026

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*

J. Gerard Stranch, IV (BPR 23045)
Grayson Wells (BPR 039658)
John C. Roberts (BPR 042673)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

[1] The Order also states that the new Consolidated Action will bear the new case style: "In re Xsolis, Inc. Data Breach Litigation." ECF 13, ¶ 2.

jroberts@stranchlaw.com

Mariya Weekes (*pro hac vice* forthcoming)
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: 786-879-8200
mweekes@milberg.com

Jeff Ostrow (*pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
ostrow@kolawyers.com

***Interim Co-Lead Counsel for Plaintiffs***

*/s/ Melody McAnally w/Permission*
Melody McAnally (BPR No. 025971)
**Butler Snow LLP**
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Tel: (901) 680-7200
Facsimile: (901) 680-7201
melody.mcanally@butlersnow.com

and

Jordyne J. Richartz (BPR No. 038434)
**Butler Snow LLP**
1320 Adams Street, Suite 1400
Nashville, Tennessee 37208
Tel: (615) 651-6658
Facsimile: (615) 651-6701
jordyne.richartz@butlersnow.com

***Counsel for Defendant Xsolis, Inc.***

## CERTIFICATE OF SERVICE

It is hereby certified that a true and accurate copy of the foregoing was this September 15, 2026 filed using the CM/ECF system, which will electronically serve all counsel of record.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)