**GRANTED.** The Initial Case Management Conference in this matter is continued and reset for **December 14, 2026, at 9:30 a.m.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **IN RE XSOLIS, INC. DATA BREACH LITIGATION** | Case No. 3:26-CV-00791<br><br>District Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley<br><br>**JURY DEMANDED**<br><br>**CLASS ACTION** |

**JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Plaintiffs Eugene Chu, Jeffrey McGrath, Ray Wieters, LaWanda Campbell, Jill Hurant, Noah David Jensen, Gina Longoria, Kale Tinsley, Richard Jesky, Juells McLeod, Daynique Johnson, and James Soward ("Plaintiffs"), and Defendant, Xsolis, Inc. ("Defendant," and, collectively with Plaintiffs, "the Parties"), by and through undersigned counsel, respectfully request the Court continue the initial case management conference in this matter, currently set for September 22, 2026, until a time convenient to the Court after Defendant's answer or other responsive pleading is filed, pursuant to Fed. R. Civ. P. 6 and L.R. 6.01, and in support thereof show as follows:

1. Beginning on June 10, 2026, numerous plaintiffs filed individual actions related to the same subject matter that forms the basis of this lawsuit, a cybersecurity event affecting Defendant's information systems and Plaintiffs' private information. *See* ECF 1.

2. The following day, on June 11, 2026, the Court set the Fernando Martinez action for an Initial Case Management Conference (ICMC) on September 22, 2026. *See* ECF 6.

3. Thereafter, Plaintiffs across the multiple individual actions that were filed moved to consolidate the related cases into this action, the first filed, ECF 8, which the Court granted on July 15, 2026, ECF 13. In the Order consolidating the cases, the Court set deadlines for Plaintiffs