**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| ***In re Xsolis, Inc. Data Breach Litigation*** | ) | **Case No. 3:26-CV-00791** |
| | ) | |
| | ) | **District Judge Eli J. Richardson** |
| | ) | **Magistrate Judge Jeffrey S. Frensley** |
| | ) | |
| | ) | **JURY DEMANDED** |
| | ) | |
| | ) | **CLASS ACTION** |

**DEFENDANT XSOLIS, INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Defendant Xsolis, Inc. ("Xsolis") moves this Court for an Order dismissing Plaintiffs' Consolidated Class Action Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of its Motion, Xsolis states the following:

1. Plaintiffs filed this action alleging gross negligence/negligence *per se*, breach of third-party beneficiary contract, unjust enrichment, and invasion of privacy/intrusion upon seclusion relating to a cybersecurity event involving Xsolis.

2. Plaintiffs' Complaint fails to allege facts sufficient to show that it is entitled to any relief under Rule 12(b)(6). Accordingly, Plaintiffs' Complaint should be dismissed with prejudice as a matter of law.

3. Xsolis incorporates by reference Exhibit 1 attached hereto and its Memorandum of Law in Support of this Motion filed contemporaneously herewith.

WHEREFORE, Xsolis respectfully requests that the Court grant its Motion to Dismiss, enter an Order dismissing Plaintiffs' Complaint with prejudice, and grant all other appropriate relief to which it is entitled.

RESPECTFULLY SUBMITTED, this the 13th day of November 2026.


*/s Melody McAnally*
Melody McAnally (BPR No. 025971)
**BUTLER SNOW LLP**
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
melody.mcanally@butlersnow.com

and

Jordyne J. Richartz (BPR No. 038434)
**BUTLER SNOW LLP**
1320 Adams Street, Suite 1400
Nashville, Tennessee 37208
Telephone: (615) 651-6658
Facsimile: (615) 651-6701
jordyne.richartz@butlersnow.com

*Counsel for Defendant Xsolis, Inc.*


## CERTIFICATE OF SERVICE

It is hereby certified that a true and accurate copy of the foregoing, on this 13th day of November 2026, was filed using the Court's CM/ECF system, which will electronically serve all counsel of record.

*/s Melody McAnally*