# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| ***In re Xsolis, Inc. Data Breach Litigation*** | ) | **Case No. 3:26-CV-00791** |
| | ) | |
| | ) | **District Judge Eli J. Richardson** |
| | ) | **Magistrate Judge Jeffrey S. Frensley** |
| | ) | |
| | ) | **JURY DEMANDED** |
| | ) | |
| | ) | **CLASS ACTION** |

---

**DECLARATION OF LEE RIVAS**

---

Pursuant to 28 U.S.C. § 1746, I, Lee Rivas, hereby declare as follows:

1. I am the Chief Executive Officer ("CEO") of Xsolis, Inc. ("Xsolis"). The facts set forth in this Declaration are based upon my review of Xsolis's business records together with my knowledge of Xsolis's operations and business practices. The statements in this Declaration are true and correct based on my knowledge acquired through my responsibilities as CEO and my review of Xsolis's regularly maintained business records.

2. Xsolis enters into written agreements with its clients to provide artificial intelligence-driven utilization management and case management services.

3. On or about April 3, 2020, Xsolis entered into a License and Services Agreement with Banner Health, an Arizona nonprofit corporation. A true and correct copy of Xsolis's Agreement with Banner Health is attached hereto as **Exhibit A**.

4. Xsolis's agreement with Banner Health contains the following third-party beneficiary disclaimer:

> **No Third-Party Beneficiary.** Nothing contained in this Agreement may be construed by any party as creating or evidencing a contractual relationship between XSOLIS and any potential customer of CLIENT, nor shall any potential customer of CLIENT be a third-party beneficiary to this Agreement.

**Exhibit A**, Sec. 27.

5. Xsolis's agreement with Banner Health contains the following governing law provision:

> **Governing Law.** This Agreement shall be governed by the internal substantive law of the State of Arizona, without regard for the conflict of law principles thereof.

**Exhibit A**, Sec. 30.

6. On or about January 20, 2020, Xsolis entered into a Business Associate Agreement with Mayo Clinic, a Minnesota nonprofit corporation. A true and correct copy of Xsolis's Agreement with Mayo Clinic is attached hereto as **Exhibit B**.

7. Xsolis's agreement with Mayo Clinic contains the following provision:

> **No Third-Party Beneficiaries.** Nothing expressed or implied in this Agreement is intended to confer, nor shall anything herein confer upon any person other than Mayo, Business Associate and their respective successors or assigns, any rights, remedies, obligations or liabilities whatsoever.

**Exhibit B**, Sec. 12.

8. On or about February 26, 2020, Xsolis entered into a Master Agreement with Mayo Clinic. A true and correct copy of Xsolis's Master Agreement with Mayo Clinic is attached hereto as **Exhibit C**.

9. Xsolis's Master Agreement with Mayo Clinic provides the following governing law provision:

> **Governing Laws.** This Agreement will be governed by and construed and enforced in accordance with the laws of the State of Minnesota, excluding its principles of conflicts of law.

**Exhibit C**, Sec. 15.9.

10. The governing law provision in the Master Agreement with Mayo Clinic applies to the Business Associate Agreement, as the Business Associate Agreement provides the following:

> This Agreement shall automatically be incorporated in all subsequent agreements between Business Associate and Mayo involving the Use or Disclosure of PHI whether or not specifically referenced therein.

**Exhibit B**, Sec. 2.

11. On or about April 5, 2019, Xsolis entered into a First Amendment to License and Services Agreement with Virginia Hospital Center, a Virginia nonprofit corporation, which amended and replaced the Initial Agreement in its entirety. A true and correct copy of Xsolis's First Amendment to License and Services Agreement with Virginia Hospital Center is attached hereto as **Exhibit D**.

12. Xsolis's agreement with Virginia Hospital Center contains the following provision:

> **No Third-Party Beneficiary.** Nothing contained in this Agreement may be construed by any party as creating or evidencing a contractual relationship between

XSOLIS and any potential customer of CLIENT, nor shall any potential customer of CLIENT be a third-party beneficiary to this Agreement.

**Exhibit D**, Sec. 19.

13. Xsolis's agreement with Virginia Hospital Center contains the following governing law provision:

> **Governing Law.** This Agreement shall be governed by Virginia law without reference to its choice of law rules.

**Exhibit D**, Sec. 22.

14. On or about November 30, 2016, Xsolis entered into a License and Services Agreement with University Medical Center of Princeton[1] at Plainsboro, a New Jersey nonprofit corporation. A true and correct copy of Xsolis's Agreement with University Medical Center of Princeton at Plainsboro is attached hereto as **Exhibit E**.

15. Xsolis's agreement with University Medical Center of Princeton at Plainsboro contains the following third-party beneficiary disclaimer:

> **No Third-Party Beneficiary.** Nothing contained in this Agreement may be construed by any party as creating or evidencing a contractual relationship between XSOLIS and any potential customer of CLIENT, nor shall any potential customer of CLIENT be a third-party beneficiary to this Agreement."

**Exhibit E**, Sec. 19.

16. Xsolis's agreement with University Medical Center of Princeton at Plainsboro contains the following governing law provision:

> **Governing Law.** This Agreement shall be governed by New Jersey law without reference to its choice of law rules.

**Exhibit E**, Sec. 22.

17. On or about August 13, 2018, Xsolis entered into a License and Services Agreement with Scottsdale Healthcare Hospitals d/b/a HonorHealth, an Arizona nonprofit corporation. A true and correct copy of Xsolis's Agreement with HonorHealth is attached hereto as **Exhibit F**.

18. Xsolis's agreement with HonorHealth contains the following third-party beneficiary disclaimer:

> **No Third-Party Beneficiary.** Nothing contained in this Agreement may be construed by any party as creating or evidencing a contractual relationship between

---

[1] Princeton Healthcare System and its affiliates, including University Medical Center of Princeton, is now part of Penn Medicine. *See* https://almanac.upenn.edu/articles/princeton-healthcare-system-joins-penn-medicine.

XSOLIS and any potential customer of CLIENT, nor shall any potential customer of CLIENT be a third-party beneficiary to this Agreement.

**Exhibit F**, Sec. 18.

19. Xsolis's agreement with HonorHealth contains the following governing law provision:

**Governing Law.** This Agreement shall be governed by Arizona law without reference to its choice of law rules.

**Exhibit F**, Sec. 21.

20. On or about April 24, 2019, Xsolis entered into a License and Services Agreement with the University of Washington Medicine, a Washington nonprofit corporation. A true and correct copy of Xsolis's agreement with the University of Washington Medicine is attached hereto as **Exhibit G**.

21. Xsolis's agreement with the University of Washington Medicine contains the following third-party beneficiary exclusion:

**No Third-Party Beneficiary.** Nothing contained in this Agreement may be construed by any party as creating or evidencing a contractual relationship between XSOLIS and any potential customer of CLIENT, nor shall any potential customer of CLIENT be a third-party beneficiary to this Agreement.

**Exhibit G**, Sec. 20.

22. Xsolis's agreement with the University of Washington Medicine contains the following governing law provision:

**Governing Law.** This Agreement shall be governed by Washington State law without reference to its choice of law rules.

**Exhibit G**, Sec. 23.

23. Xsolis's records reflect that Plaintiffs Noah Jensen, Gina Longoria, Richard Jesky, and James Soward are patients of Banner Health.

24. I declare under penalty of perjury that the foregoing is true and correct.

November 13, 2026

Executed this ____ day of November, 2026.

librado rivas

Lee Rivas

103379035.v3

# Electronic Record of Contracts

This document was generated as a record of certain contracts created, accepted and stored electronically.

## Summary of Contracts

This document contains the following contracts.

| Title | ID |
|---|---|
| **Imported (US District Court For The Middle District of Tennessee Nashville Division and Xsolis, Inc.)** | 9b55a883-4b02-4679-86e8-32939dfaf476 |

## Contract signed by:

**lrivas@xsolis.com**

**Signer ID:** f7b2a760-3df3-4615-9f21-173b9ef56275

**Email:** lrivas@xsolis.com

**Date / Time:** Nov 13, 2026 at 6:38 PM UTC

**IP Address:** 99.196.134.220

**User Agent:** Mozilla/5.0 (iPhone; CPU iPhone OS 27_0_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) EdgiOS/157.0.4341.42 Version/27.0 Mobile/15E148 Safari/604.1

# EXHIBIT A

# LICENSE AND SERVICES AGREEMENT
## Banner Health Contract No. 0101-03-100373

**THIS LICENSE AND SERVICES AGREEMENT** (the "Agreement") is made and entered into effective as of the last date of signature (the "Effective Date"), by and between XSOLIS, Inc., located at 655 Grassmere Park, Nashville, Tennessee 37211 ("XSOLIS"), and Banner Health an Arizona nonprofit corporation, on behalf of itself and as agent for its consolidated affiliates ("CLIENT") located at 2901 N. Central Avenue, Suite 160, Phoenix, AZ 85012. XSOLIS and CLIENT - hereafter are also each referred to as "Party," and collectively referred to as the "Parties".

[redacted]

[redacted]

27. **No Third-Party Beneficiary**. Nothing contained in this Agreement may be construed by any party as creating or evidencing a contractual relationship between XSOLIS and any potential customer of CLIENT, nor shall any potential customer of CLIENT be a third-party beneficiary to this Agreement.

[redacted]

[redacted]

30. **Governing Law**. This Agreement shall be governed by the internal substantive law of the State of Arizona, without regard for the conflict of law principles thereof. If either Party takes action to enforce this Agreement, the prevailing Party in such litigation or other proceeding will be entitled to recover from the other Party all reasonable costs, attorneys' fees and other expenses incurred by the prevailing Party in any such litigation or proceeding.

[redacted]

[redacted]

**IN WITNESS WHEREOF**, XSOLIS and CLIENT, by their duly authorized officers, have caused this Agreement to be signed and delivered as of the day and year first above written.

**XSOLIS, Inc.** **CLIENT**

| **Signature:** Joan Butters | **Signature:** Becky Kuhn |
|---|---|
| Name (print): Joan Butters | Name (print): Becky Kuhn |
| Title: CEO | Title: Chief Operating Officer |
| Date: April 2, 2020 \| 5:55 PM PDT | Date: April 3, 2020 \| 9:49 AM MST |
| Address:<br><br>655 Grassmere Park<br>Nashville, TN 37211 | Address:<br><br>2901 N. Central Avenue, Suite 160<br>Phoenix, AZ 85012 |

# EXHIBIT B

XSO-264098

# MAYO SYSTEM-WIDE BUSINESS ASSOCIATE AGREEMENT

**THIS MAYO SYSTEM-WIDE BUSINESS ASSOCIATE AGREEMENT** ("**Agreement**") is made effective the 20th day of January, 2020 ("**Effective Date**") by and between Xsolis Inc. ("**Business Associate**") and **MAYO CLINIC**, a Minnesota nonprofit corporation, on its own behalf and for the benefit of all present and future entities that are legal Affiliates of Mayo Clinic (Mayo Clinic and all of its Affiliates are herein individually and collectively referred to as "**Mayo**"). The purpose of this Agreement is to satisfy certain obligations of Mayo under the Health Insurance Portability and Accountability Act of 1996 ("**HIPAA**"), the Health Information Technology for Economic and Clinical Health Act ("**HITECH**"), and the implementing regulations to ensure the integrity and confidentiality of Protected Health Information.

[redacted]

2. **Applicability of Terms; Conflicts.** This Agreement applies to all present and future Underlying Agreements and Business Associate relationships, written or unwritten, formal or informal, in which

Business Associate creates, receives, transmits, or maintains any PHI for or on behalf of Mayo in any form whatsoever. As of the Effective Date, this Agreement automatically amends all existing agreements between Business Associate and Mayo involving the Use or Disclosure of PHI. This Agreement shall automatically be incorporated in all subsequent agreements between Business Associate and Mayo involving the Use or Disclosure of PHI whether or not specifically referenced therein. In the event of any conflict or inconsistency between a provision of this Agreement and a provision of any other agreement between Business Associate and Mayo, the provision of this Agreement shall control unless: (i) Mayo specifically agrees to the contrary in writing, or (ii) the provision in such other agreement establishes additional rights for Mayo or additional duties for or restrictions on Business Associate with respect to PHI, in which case the provision of such other agreement will control. In the event the parties execute Mayo's Information Security Agreement, the terms of the Information Security Agreement shall apply to PHI disclosed under this Agreement. Except that, if there is a conflict between this Agreement and such Information Security Agreement, the provision with the more rigorous protection shall take precedence.

[redacted]

[redacted]

12. **No Third-Party Beneficiaries.** Nothing expressed or implied in this Agreement is intended to confer, nor shall anything herein confer upon any person other than Mayo, Business Associate and their respective successors or assigns, any rights, remedies, obligations or liabilities whatsoever.

[redacted]

**BUSINESS ASSOCIATE:**

**XSOLIS, Inc.**

By: ______________________

Name: Joan L. Butters

Title: CEO

Date: 1/20/20

Address for notices:

XSOLIS, Inc.
655 Grassmere Park
Nashville, TN 37211

Phone: (615) 480-6334
Fax: ______________

**MAYO:**

**MAYO CLINIC**

DocuSigned by:
By: James Hall
22971EA6B954499...

Name: James Hall

Title: DIRECTOR-SCM CONTRACTING

Date: 2/4/2020

Address for notices:

Mayo Privacy Officer
200 First Street SW
Rochester, MN 55905
Phone: (507) 266-6286
Fax: (507) 538-3501
Electronic Mail: DLEnterprisePrivacyOffice@mayo.edu

Copy to:

Mayo Legal Department
200 First Street SW
Rochester, MN 55905
Fax: (507) 284-0929

1/08/2020 DM: 1578456

# EXHIBIT C

XSO-264813

# Master Agreement

This Agreement, including all Addenda, Attachments, and Exhibits, if any, attached hereto and incorporated herein by reference ("Agreement"), is made as of February 26, 2020 ("Effective Date") by and between XSOLIS, Inc., a Delaware corporation, with offices located at 655 Grassmere Park, Nashville, TN 37211 ("Vendor"), and Mayo Foundation for Medical Education and Research, a Minnesota nonprofit corporation, with offices located at 200 First Street SW, Rochester, Minnesota 55905 ("Mayo").

[redacted]

15.9 Governing Laws. This Agreement will be governed by and construed and enforced in accordance with the laws of the State of Minnesota, excluding its principles of conflicts of law. The exclusive fora for actions between the parties in connection with this Agreement are the Minnesota District Court sitting in Olmsted County, Minnesota, or the United States District Court for the District of Minnesota. Each Party agrees unconditionally that it is personally subject to the jurisdiction of such courts. This Agreement is made and performed in the State of Minnesota.

[redacted]

[redacted]

ACCEPTED AND AGREED:

| MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH | | XSOLIS, INC. | |
|---|---|---|---|
| Signature: | DocuSigned by: Bruce Goff 3A95CE563E474CE... | Signature: | DocuSigned by: Joan Butters 283DEFEDB08C462... |
| Print Name: | Bruce Goff | Print Name: | Joan Butters |
| Title: | Senior Director, Category Management | Title: | CEO |
| Date: | 3/2/2020 | Date: | 3/2/2020 |

# EXHIBIT D

# FIRST AMENDMENT TO LICENSE AND SERVICES AGREEMENT

**THIS FIRST AMENDMENT TO LICENSE AND SERVICES AGREEMENT** is made and entered into this 5th day of April, 2019 (the "Effective Date"), by and between XSOLIS, Inc., located at 301 Plus Park Boulevard, Suite 411, Nashville, Tennessee 37217 ("XSOLIS"), and Virginia Hospital Center Arlington Health System ("CLIENT") located at 1701 N. George Mason Dr., Arlington, VA 22205. XSOLIS and CLIENT each hereafter also referred to as "Party," and collectively referred to as the "Parties".

[redacted]

**WHEREAS**, the Parties now desire to amend and replace in its entirety that Initial Agreement by entering into this First Amendment (collectively, the "Agreement") and to set forth the terms and conditions governing the use of the Platform and the Services by CLIENT and the performance of the Services by XSOLIS.

[redacted]

[redacted]

19. **No Third-Party Beneficiary**. Nothing contained in this Agreement may be construed by any party as creating or evidencing a contractual relationship between XSOLIS and any potential customer of CLIENT, nor shall any potential customer of CLIENT be a third-party beneficiary to this Agreement.

[redacted]

[redacted]

22. **Governing Law**. This Agreement shall be governed by Virginia law without reference to its choice of law rules. The Parties consent to the personal jurisdiction of the courts of the Commonwealth of Virginia located in Arlington County and the United States District Court for the Eastern District of Virginia and further waive objection to venue in any such court.

[redacted]

**IN WITNESS WHEREOF**, XSOLIS and CLIENT, by their duly authorized officers, have caused this Agreement to be signed and delivered as of the day and year first above written.

| **XSOLIS, Inc.** | **CLIENT** |
|---|---|
| **Signature:** [signature] | **Signature:** [signature] |
| Name (print): Joan Butters | Name (print): Jeffrey P. DiLisi |
| Title: CEO | Title: SVP / CMO |
| Date: 4/5/19 | Date: 4/8/19 |
| Address:<br><br>301 Plus Park Blvd, Suite 411<br>Nashville, TN 37217 | Address:<br>1701 N. George Mason Drive<br>Arlington, VA 22205 |

# EXHIBIT E

## LICENSE AND SERVICES AGREEMENT

**THIS LICENSE AND SERVICES AGREEMENT** (the "Agreement") is made and entered into this 30th day of November, 2016 (the "Effective Date"), by and between XSOLIS, LLC, located at 301 Plus Park Boulevard, Suite 411, Nashville, Tennessee 37217 (hereafter referred to as "XSOLIS"), and University Medical Center of Princeton at Plainsboro (hereafter referred to as "CLIENT"), located at 1 Plainsboro Rd, Plainsboro Township, NJ 08536. (XSOLIS and CLIENT each hereafter also referred to as "Party," and collectively referred to as the "Parties").

[redacted]

[redacted]

19. **No Third-Party Beneficiary**. Nothing contained in this Agreement may be construed by any party as creating or evidencing a contractual relationship between XSOLIS and any potential customer of CLIENT, nor shall any potential customer of CLIENT be a third-party beneficiary to this Agreement.

[redacted]

22. **Governing Law**. This Agreement shall be governed by New Jersey law without reference to its choice of law rules. The Parties consent to the personal jurisdiction of the courts of the State of New Jersey located in Middlesex County, New Jersey and the United States District Court for the District of New Jersey and further waive objection to venue in any such court. In the event that litigation or a similar proceeding is brought by a Party in connection with the Agreement, the

prevailing Party in such litigation or other proceeding will be entitled to recover from the other Party all reasonable costs, attorneys' fees and other expenses incurred by the prevailing Party in any such litigation or proceeding, if and as authorized or allowed by applicable court rule or law.

[redacted]

**IN WITNESS WHEREOF**, XSOLIS and CLIENT, by their duly authorized officers, have caused this Agreement to be signed and delivered as of the day and year first above written.

**XSOLIS, LLC**

By: Joan Butters

Title: CEO

Date: 11/30/16

Address:

Street: 301 Plus Park Blvd. - Suite 411

City: Nashville

State: Tennessee

Zip: 37217

**CLIENT**

By:

Title: President & CEO

Date: 11/30/16

Address:

Street: 1 Plainsboro Rd

City: Plainsboro Township

State: NJ

Zip: 08536

Approved

# EXHIBIT F

# LICENSE AND SERVICES AGREEMENT

**THIS LICENSE AND SERVICES AGREEMENT** (the "Agreement") is made and entered into this 13th day of August, 2018 (the "Effective Date"), by and between XSOLIS, LLC, located at 301 Plus Park Boulevard, Suite 411, Nashville, Tennessee 37217 ("XSOLIS"), and Scottsdale Healthcare Hospitals dba HonorHealth, located at 8125 N. Hayden Rd. Scottsdale, AZ 85258 ("CLIENT") (XSOLIS and CLIENT each hereafter also referred to as "Party," and collectively referred to as the "Parties").

[redacted]



Case 3:26-cv-00791 Document 21-1 Filed 11/13/26 Page 32 of 40 PageID #: 307

[redacted]

18. <u>No Third-Party Beneficiary</u>. Nothing contained in this Agreement may be construed by any party as creating or evidencing a contractual relationship between XSOLIS and any potential customer of CLIENT, nor shall any potential customer of CLIENT be a third-party beneficiary to this Agreement.

[redacted]

21. <u>Governing Law</u>. This Agreement shall be governed by Arizona law without reference to its choice of law rules. The Parties consent to the personal jurisdiction of the courts of the State of Arizona located in Phoenix, Arizona and the United States District Court for the Arizona and further waive objection to venue in any such court. In the event that litigation or a similar proceeding is brought by a Party in connection with the Agreement, the prevailing Party in such litigation or other proceeding shall be entitled to recover from the other Party all reasonable costs, attorneys' fees and other expenses incurred by the prevailing Party in any such litigation or proceeding.

[redacted]

[redacted]

**IN WITNESS WHEREOF**, XSOLIS and CLIENT, by their duly authorized officers, have caused this Agreement to be signed and delivered as of the day and year first above written.

**XSOLIS, LLC** **CLIENT**

| | |
|---|---|
| Signature: [signature] | Signature: [signature] |
| Name (print): Joan Butters | Name (print): Todd LaPorte |
| Title: CEO | Title: Chief Executive Officer |
| Date: 8/17/18 | Date: 8/14/18 |
| Address:<br><br>301 Plus Park Blvd, Suite 411<br>Nashville, TN 37217 | Address:<br><br>8125 N. Hayden Road<br>Scottsdale, AZ 85258 |

# EXHIBIT G

# LICENSE AND SERVICES AGREEMENT

**THIS LICENSE AND SERVICES AGREEMENT** (the "Agreement") is made and entered into this 24th day of April, 2019 (the "Effective Date"), by and between XSOLIS, Inc., located at 301 Plus Park Boulevard, Suite 411, Nashville, Tennessee 37217 ("XSOLIS"), and University of Washington Medicine, ("CLIENT") located at 1959 NE Pacific St., Seattle, WA 98195. XSOLIS and CLIENT each hereafter also referred to as "Party," and collectively referred to as the "Parties".

[redacted]

[redacted]

20. **No Third-Party Beneficiary**. Nothing contained in this Agreement may be construed by any party as creating or evidencing a contractual relationship between XSOLIS and any potential customer of CLIENT, nor shall any potential customer of CLIENT be a third-party beneficiary to this Agreement.

[redacted]

23. **Governing Law**. This Agreement shall be governed by Washington State law without reference to its choice of law rules. The Parties consent to the personal jurisdiction of the courts of the State of Washington located in Seattle, WA and the Superior Court for King County and further waive objection to venue in any such court. In the event that litigation or a similar proceeding is brought by a Party in connection with the Agreement, the prevailing Party in such litigation or other proceeding will be entitled to recover from the other Party all reasonable costs, attorneys' fees and other expenses incurred by the prevailing Party in any such litigation or proceeding.

[redacted]

[redacted]

**IN WITNESS WHEREOF**, XSOLIS and CLIENT, by their duly authorized officers, have caused this Agreement to be signed and delivered as of the day and year first above written.

**XSOLIS, Inc.** **CLIENT**

| **XSOLIS, Inc.** | **CLIENT** |
|---|---|
| **Signature:** [signature] | **Signature:** [signature] |
| Name (print): Joan Butters | Name (print): Marion Benner |
| Title: CEO | Title: Senior Contracts Manager |
| Date: 4/24/19 | Date: April 24, 2019 |
| Address: | Address: |

| | |
|---|---|
| 301 Plus Park Blvd, Suite 411<br>Nashville, TN 37217 | 1959 NE Pacific St.<br>Seattle, WA 98195 |